IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHEILA KAY LAWRENCE**                                                      **PLAINTIFF**

**VS.**                             **CASE NO. 4:11CV00040 SWW/ HDY**

**MICHAEL ASTRUE, Commissioner,**
      **Social Security Administration**                                 **DEFENDANT**

**ORDER**

The plaintiff's motion for extension of time (docket entry no. 9) is granted, and the plaintiff is directed to submit her brief on or before June 15, 2011. The defendant's brief shall be due 42 days from the date that plaintiff's brief is served.

IT IS SO ORDERED this   10   day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE