**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**SHEILA KAY LAWRENCE**                                                              **PLAINTIFF**


**V.**                                      **NO. 4:11CV00040 SWW/HDY**


**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                                **DEFENDANT**


**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge

Susan Webber Wright.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.  If the

objection is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.   Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of
        proof,  and a copy,  or the original, of any documentary or
        other non-testimonial evidence desired to be introduced at
        the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

The plaintiff has moved to remand this case for further administrative proceedings

pursuant to sentence six of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  The plaintiff

cites a report from her treating physician as new and material evidence.  The defendant agrees

that the report is new and material and that there is good cause for the failure to included this

evidence into the record in the prior proceeding.  Thus, the defendant has no objection to the

remand of the case, and a remand to cure such a problem is in harmony with the Congressional

intent.  *See,* H.R. Conf. Rep. No. 944, 96th Cong., 2d Sess. (1980), *reprinted in* 1980 U.S. Code

Dong. & Admin. News 1277, 1407.

For good cause shown, we recommend that the plaintiff's motion to remand pursuant to

sentence six of section 205(g)  be granted.

IT IS SO ORDERED this __25__ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE