**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHEILA KAY LAWRENCE**                                                          **PLAINTIFF**

**V.**                                        **NO. 4:11CV00040 SWW**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                               **DEFENDANT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 16th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE