IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


**SHEILA KAY LAWRENCE**                                                **PLAINTIFF**

**V.**                              **NO. 4:11CV00040 SWW**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration**                                      **DEFENDANT**


**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence six" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 16th day of August, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE